IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Teresa Johnson, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:17-cv-2906-JMS-DML ) |
| Commonwealth Financial Systems, Inc., a Pennsylvania corporation | ) ) ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

The parties, having reached a settlement of Plaintiff's individual claim with Defendant, hereby stipulate to the dismissal of Plaintiff's claim with prejudice, and dismissal of the claims of the putative class members without prejudice, each party to bear their own attorneys' fees and costs.

Dated: March 30, 2018

/s/ David J. Philipps
David J. Philipps (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60457
(708) 974-2900
(708) 974-2907 (FAX)

/s/ Daniel W. Pisani
Daniel W. Pisani (Ill. Bar No. 6209743)
Sessions Fishman Nathan & Israel, LLC
120 S. LaSalle Street
Suite 1960
Chicago, Illinois 60603
(312) 578-0990
(312) 578-0991 (FAX)

The foregoing stipulation is hereby approved and Plaintiff's individual claim is hereby dismissed with prejudice and those of the putative class members are dismissed without prejudice, each party to bear their own attorneys' fees and costs.

Date: 4/2/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Copies to counsel of record electronically registered.